Arnold & Porter LLP
TRENTON H. NORRIS  (164781)
ANGEL A. GARGANTA (163957)
RHONDA S. GOLDSTEIN (250387)
One Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone: 415.356.3000
Facsimile: 415.356.3099
E-Mail:  trent.norris@aporter.com
E-Mail:  angel.garganta@aporter.com
E-Mail:  rhonda.goldstein@aporter.com

Attorneys for Defendant
FACTOR NUTRITION LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY GRAY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACTOR NUTRITION LABS, LLC,  et al.,<br><br>Defendants. | Case No.: CV 10-3526 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES UNDER FED. R. CIV. P. 26(F) AND ADR DEADLINES UNDER CIV. L.R. 16-8 AND ADR L.R. 3-5** |

**STIPULATION**

WHEREAS, Defendant Factor Nutrition Labs, LLC ("Factor Nutrition") has retained new counsel and has filed a Request for Approval of Substitution of Counsel contemporaneously herewith;

WHEREAS, Factor Nutrition has filed a Request for Reassignment to District Judge Under Local Rule 73-1(a)(1) contemporaneously herewith;

WHEREAS, Defendant Walgreen Co. is in the process of retaining new counsel;

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines establishes, *inter alia*, the following deadlines:

30702076v2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT & ADR DEADLINES

- <u>November 2, 2010</u>:  Last day to (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and

- <u>November 16, 2010:</u>  Last day to (1) file Rule 26(f) Report; (2) complete initial disclosures or state objection in Rule 26(f) Report; and (3) file Case Management Statement; and

WHEREAS, the parties believe it is appropriate, subject to Court approval, to continue these deadlines to allow Factor Nutrition's new counsel to get up to speed and reassignment of the action;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, subject to approval of the Court, that the deadlines for the parties' obligations under Federal Rule of 26(f) and Local Civil Rule 16 and ADR Local Rule 3-5 are continued as follows:

- <u>December 2, 2010 (or such later date ordered by the District Judge to whom this action is reassigned)</u>: Last day to (1) meet and confer re: initial disclosures, early settlement, ADR processs selection, and discovery plan; (2) file an ADR Certification; and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference; and

- <u>December 16, 2010 (or such later date ordered by the District Judge to whom this action is reassigned)</u>:  Last day to (1) file Rule 26(f) Report; (2) complete initial disclosures or state objection in Rule 26(f) Report; and (3) file Case Management Statement.

**IT IS SO STIPULATED.**

Dated:  November 1, 2010                        ARNOLD & PORTER LLP


By: _____
Angel A. Garganta
Attorneys for Defendant
FACTOR NUTRITION LABS, LLC

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT & ADR DEADLINES

| | |
|---|---|
| Dated:  November 1, 2010 | STEIN & LUBIN LLP |
| | By: _____<br>Daniel K. Slaughter<br>Attorneys for Defendant<br>WALGREEN CO. |
| Dated:  November 1, 2010 | CALLAHAN & BLAINE<br>A PROFESSIONAL LAW CORPORATION |
| | By: _____<br>Kimberly A. Carasso<br>Attorneys for Plaintiff |
| Dated:  November 1, 2010 | NEWPORT TRIAL GROUP<br>A PROFESSIONAL LAW CORPORATION |
| | By: _____<br>Scott J. Ferrell<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  Case Management Statement is due December 28, 2010 and Case Management Conference will be held January 4, 2011 at 2:00 p.m.**

DATED:  November 12, 2010         By: _____
                                        HON. CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE