| | |
|---|---|
| 1 | **CALLAHAN & BLAINE** |
|   | A Professional Law Corporation |
| 2 | Daniel J. Callahan (Bar No. 91490) |
|   | Edward Susolik (Bar No. 151081) |
| 3 | Kimberly A. Carasso (Bar No. 185110) |
|   | 3 Hutton Centre Drive, Ninth Floor |
| 4 | Santa Ana, California  92707 |
|   | Tel:   (714) 241-4444 |
| 5 | Fax:  (714) 241-4445 |
| 6 | |
| 7 | **NEWPORT TRIAL GROUP** |
|   | Scott J. Ferrell (Bar No. 202091) |
| 8 | A Professional Corporation |
|   | 610 Newport Center Drive, Suite 700 |
| 9 | Newport Beach, CA 92660 |
|   | Tel: (949) 706-6464 |
| 10 | Fax: (949) 706-6469 |
| 11 | |
|   | Attorneys for Plaintiff |
| 12 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMY GRAY, individually, and on behalf of all others similarly situated, | ) ) ) | **CASE NO.: 3:10-CV-03526-CAW** Assigned for all Purposes to: Honorable Claudia Wilken |
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE ADR CONFERENCE CALL AND CASE MANAGEMENT CONFERENCE AND ORDER RE: SAME** |
| v. | ) ) | |
| FACTOR NUTRITION LABS, LLC; VITAL BASICS, INC., WALGREEN CO. and DOES 1-10, Inclusive, | ) ) ) ) | Action Filed:   July 14, 2010 Trial Date:     None Set |
| Defendants. _____ | ) ) ) | |

WHEREAS, currently there is an ADR Conference Call scheduled for January 3, 2011 at 11:00 a.m.;

WHEREAS, currently there is a Case Management Conference on January 4, 2011 at 2:00 p.m.; and

WHEREAS, plaintiff's counsel is undergoing surgery on December 28, 2010 and her physician does not anticipate that she will return to work before January 11, 2011,

The parties hereby stipulate to continue the dates as follows:

1  January 3, 2011 ADR Conference Call continue to January 24, 2011 at 11:00 a.m.;

2  January 4, 2011 Case Management Conference until January 25, 2011 or any other date convenient with the Court's calendar; and

4  The Case Management Conference Statement shall be filed no later than January 18, 2011.

DATED: December 20, 2010          **CALLAHAN & BLAINE, APLC**

                                  BY: __/s/_____
                                      EDWARD SUSOLIK
                                      KIMBERLY A. CARASSO
                                      Attorneys for Plaintiff

DATED: December 20, 2010          **NEWPORT TRIAL GROUP**

                                  BY: __/s/_____
                                      SCOTT J. FERRELL
                                      Attorneys for Plaintiff

DATED: December 20, 2010          **ARNOLD & PORTER, LLP**

                                  BY: __/s/_____
                                      ANGEL A. GARGANTA
                                      RHONDA S. GOLDSTEIN
                                      Attorneys for Factor Nutrition Labs, LLC

DATED: December 20, 2010          **STEIN & LUBIN, LLP**

                                  BY: __/s/_____
                                      DANIEL K. SLAUGHTER
                                      Attorneys for Walgreen Co.

Having reviewed the Stipulation and having found good cause, the Court continues the ADR Conference Call from January 3, 2011 to January 24, 2011 at 11:00 a.m. and the Case Management Conference currently on calendar for January 4, 2011 to February 1, 2011 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The Case Management Conference Statement shall be filed no later than January 25, 2011.

IT IS SO ORDERED.

DATED: December 22, 2010          _____
                                  Honorable Claudia A. Wilken