1  Daniel K. Slaughter (SBN 136725)
   STEIN & LUBIN LLP
2  Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, CA  94111
   Telephone:     (415) 981-0550
4  Facsimile:     (415) 981-4343
   dslaughter@steinlubin.com
5

6  Attorneys for Defendant
   WALGREEN CO.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12 | AMY GRAY,                          | Case No.  CV 10-03526 CW
13 |         Plaintiff,                 |
                                        | **STIPULATION TO CONTINUE CASE**
14 | v.                                 | **MANAGEMENT CONFERENCE,**
                                        | **STATEMENT AND ORDER**
15 | FACTOR NUTRITION LABS, LLC;        |
   | VITAL BASICS, INC.; WALGREEN CO.   |
16 | and DOES 1 to 10, inclusive,       | The Honorable Claudia Wilken
17 |         Defendants.                |

C:\Documents and Settings\sstewart\Desktop\Walgreens Stipulation.doc                Case No. CV 10-03526 CW

STIPULATION CONTINUING CMC

1    WHEREAS, the parties previously stipulated and the Court entered an order
2 continuing the Case Management Conference from January 4, 2011 to January 24, 2011 to
3 accommodate plaintiffs' counsel who was undergoing surgery;
4    WHEREAS, on January 20, 2011, the Court rescheduled the Case Management
5 Conference to February 8, 2011;
6    WHEREAS, counsel for Defendant Walgreen Co. ("Walgreen") will be out of
7 town the week of February 7, 2011, for a motion hearing and four days of deposition in another
8 matter, which depositions involve four attorneys, three party witnesses, two party representatives,
9 one third-party representative and two experts.
10    NOW THEREFORE, the parties stipulate, subject to the Court's approval, as
11 follows:
12    The Case Management Conference shall occur on February 15, 2011 at 2 p.m. in
13 Courtroom 2, and the case management conference statement shall be served and filed on or
14 before February 8, 2011.
15    SO STIPULATED.

Dated: January 25, 2011           STEIN & LUBIN LLP

                        By:   /s/ Daniel K. Slaughter
                           Daniel K. Slaughter
                           Attorneys for Defendant WALGREEN CO.

Dated: January 25, 2011           ARNOLD & PORTER, LLP

                        By:   /s/ Angel A. Garganta
                           Angel A. Garganta
                           Attorneys for Defendant FACTOR NUTRITION
                           LABS, LLC

1 | Dated: January 25, 2011          CALLAHAN & BLAINE, APLC
2
3 |                                   By:  /s/ Kimberly A. Carasso
4 |                                        Kimberly A. Carasso
                                            Attorneys for Plaintiff
5
6 | IT IS SO ORDERED.
7
8 | _____
     The Honorable Claudia A. Wilken
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C:\Documents and Settings\sstewart\Desktop\Walgreens
Stipulation.doc                                               Case No. CV 10-03526 CW

STIPULATION CONTINUING CMC

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 26, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, STATEMENT AND PROPOSED ORDER**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Kimberly Ann Carasso<br>Callahan & Blaine<br>3 Hutton Centre Drive, 9th Fl.<br>Santa Ana, CA  92707 | *Attorneys for Plaintiff*<br>*Amy Gray* |
| Scott J. Ferrell<br>Call & Jensen<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA  92660 | |
| David W. Reid<br>Newport Trial Group<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA  92660 | |
| Angel A. Garganta<br>Rhonda Stewart Goldstein<br>Trenton Herbert Norris<br>Arnold & Porter LLP<br>One Embarcadero Center, 22nd Fl.<br>San Francisco, CA  94111 | *Attorneys for Defendant Factor*<br>*Nutrition Labs, LLC* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on January 26, 2011, at San Francisco, California.

/S/ Sabrina A. Stewart
Sabrina A. Stewart

C:\Documents and Settings\sstewart\Desktop\Walgreens Stipulation.doc

Case No. CV 10-03526 CW

STIPULATION CONTINUING CMC