Arnold & Porter LLP
ANGEL A. GARGANTA (163957)
RHONDA S. GOLDSTEIN (250387)
One Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: 415.356.3000
Facsimile: 415.356.3099
E-Mail: angel.garganta@aporter.com
E-Mail: rhonda.goldstein@aporter.com

Attorneys for Defendant
FACTOR NUTRITION LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GRAY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACTOR NUTRITION LABS, LLC, et al.,<br><br>Defendants. | Case No.: CV 10-03526 CW<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable Claudia Wilken<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

WHEREAS, a Case Management Conference ("CMC") is scheduled on April 5, 2011 at 2:00 p.m.;

WHEREAS, the parties currently are in the process of negotiating a private, non-class settlement of this action, which they expect to result in the filing of a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within the next thirty (30) days, or by April 28, 2011; and

WHEREAS, the parties believe it is appropriate, subject to Court approval, to continue the CMC to allow the parties to finalize the terms of said settlement;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to approval of the Court, that the CMC shall be continued for a period of no less than thirty (30) days,

1  subject to rescheduling by the Court in the event that a Stipulation of Dismissal has not been filed
2  within said thirty (30)-day period, or by April 28, 2011.
3      **IT IS SO STIPULATED.**

Dated:  March 29, 2011              ARNOLD & PORTER LLP


By:  /s/ Rhonda S. Goldstein
    Angel A. Garganta
    Rhonda S. Goldstein
    Attorneys for Defendant
    FACTOR NUTRITION LABS, LLC

Dated:  March 29, 2011              STEIN & LUBIN LLP


By:  /s/ Daniel K. Slaughter (by authority)
    Daniel K. Slaughter
    Attorneys for Defendant
    WALGREEN CO.

Dated:  March 29, 2011              CALLAHAN & BLAINE
    A PROFESSIONAL LAW CORPORATION


By:  /s/ Kimberly A. Carasso (by authority)
    Kimberly A. Carasso
    Attorneys for Plaintiff

Dated:  March 29, 2011              NEWPORT TRIAL GROUP
    A PROFESSIONAL LAW CORPORATION


By:  /s/ David W. Reid (by authority)
    David W. Reid
    Attorneys for Plaintiff


**PURSUANT TO STIPULATION, IT IS SO ORDERED.  A Case Management Conference will be held on Tuesday, May 31, 2011 at 2:00 p.m., if a Stipulation of Dismissal has not been filed.**

1  DATED:  March 30, 2011        By: /s/ Claudia Wilken

2                                 HON. CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE