NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

CALLAHAN & BLAINE
Edward Susolik, Bar No. 151081
Kimberly A. Carraso, Bar No. 185110
3 Hutton Center Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GRAY, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FACTOR NUTRITION LABS, LLC.; WALGREEN CO. and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 4:10-cv-03526-CW <br><br> **ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

///

///

- 1 -

In accordance with the Stipulation of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a) submitted jointly by the parties on May 23, 2011,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's complaint in the above-captioned action is DISMISSED in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. Plaintiff's claims are dismissed with prejudice;

3. Each side shall bear its own attorneys' fees and costs, and all parties waive any right to seek attorneys' fees or costs incurred in connection with the above-captioned action.

Dated:_____5/24/2011____                    _____
                                             Hon. Claudia Wilken
                                             U.S. District Judge